UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KWESI ABLORDEPPEY,                )
           Plaintiff        )
                                )
                                )
    v.                         )        Civil Action No. 21-11314-MGM
                                )
                                )
BENNETT WALSH, et al.,            )
           Defendants      )

ORDER OF DISMISSAL
September 30, 2022

In accord with the court's [51] Electronic Order Granting Defendants' Motions to Dismiss (Doc. Nos. 16, 28, 30, 32, and 34), the court hereby ORDERS this matter dismissed. The clerk is directed to close the case.

IT IS SO ORDERED.

                                                         /s/ Mark G. Mastroianni
                                                    MARK G. MASTROIANNI
                                                    U.S. District Judge