# United States Court of Appeals
## For the First Circuit

No. 22-1833

KWESI ABLORDEPPEY,

Plaintiff, Appellant,

v.

BENNETT WALSH; DAVID CLINTON; VANESSA LAUZIERE; VANESSA GOSSELIN; CELESTE SURREIRA,

Defendants, Appellees.

---

**JUDGMENT**

Entered: October 25, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of the case is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Leonard H. Kesten, Deidre Brennan Regan, Erica L. Brody, Barry Michael Ryan, Erin J. Meehan, Diana Day Foskett, John F.X. Lawler, Jeffrey J. Pyle, Jared L. Olanoff, Douglas Scott Brooks, Joseph B. Hernandez, Kevin C. Giordano